IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOCAL NO. 5 AND LOCAL NO. 602 TRUST FUND COLLECTION COMMITTEE, et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. WMN-00-793 |
| HONEYWELL, INC. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The Court file reflecting that service of process was effected upon defendant **Honeywell, Inc.** on April 5, 2000, and that said defendant has not yet filed any response to the Complaint; therefore, it is this _2nd_ day of _May_, 2000

ORDERED:

That plaintiff file within ten days a motion for entry of default and motion for default judgment as to defendant **Honeywell, Inc.** or provide a report as to why such a motion would be inappropriate.

William M. Nickerson
United States District Judge

