IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Local No. 5 and Local No. 602 Trust Fund Collection Committee consisting of: William C. Lamm, Arnold Woodall, John McKee, and Brooke Greer<br><br>for and on behalf of<br><br>Heating, Piping and Refrigeration Pension Fund, Heating, Piping and Refrigeration Medical Fund, Heating Piping and Refrigeration Training Fund, Industry Promotion Fund, Communications and Productivity Fund, Steamfitters Local 602 Retirement Savings Fund<br><br>and<br><br>The International Training Fund<br><br>Plaintiffs,<br><br>v.<br><br>Honeywell, Inc.<br><br>Defendant. | Civil Action No. 00-CV-793 (WMN) |

### STIPULATION EXTENDING TIME TO ANSWER

It is hereby stiupulated and agreed by and between Morgan, Lewis & Bockius, LLP, attorneys for Defendant Honeywell, Inc., and O'Donoghue & O'Donoghue, attorneys for Plaintiffs that the time within which Defendant Honeywell, Inc. may serve its Answer, move or

1-WA:140965/.1

"APPROVED" THIS 18th DAY OF May, 2000

_____
UNITED STATES DISTRICT JUDGE

otherwise respond to the Complaint be and the same is hereby extended for an additional period of seven days through and including May 22, 2000.

Respectfully submitted,

_____
Charles P. O'Connor
Jonathan G. Rose
Alissa A. Horvitz (Bar Number 11278)
MORGAN, LEWIS & BOCKIUS, LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-467-7895

Attorneys for Defendant
Honeywell, Inc.

_____
R. Richard Hopp
John R. Harney
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
202-362-0041

Attorneys for Plaintiffs
Local No. 5 and Local No. 602
Trust Fund Collection Committee, et al.

Dated: May 15, 2000