IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Local No. 5 and Local No. 602 Trust Fund, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Honeywell, Inc.<br><br>Defendant. | Civil Action No. 00-CV-793 (WMN) |

## STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated and agreed by and between Morgan Lewis & Bockius, LLP, attorneys for the Defendant Honeywell, Inc., and O'Donoghue & O'Donoghue, attorneys for Plaintiffs that the time within which Defendant Honeywell, Inc. may serve its Answer, move or otherwise respond to the Complaint be, and the same is hereby extended for an additional period of thirty-nine days through and including June 30, 2000.

Respectively submitted,

Charles P. O'Connor
Jonathan G. Rose
Alissa A. Horvitz (Bar Number 11278)
MORGAN, LEWIS & BOCKIUS, LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-467-7895

Attorneys for Defendant
Honeywell, Inc.

Dated: May 19, 2000

R. Richard Hopp
John R. Harney
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
202-362-0041

Attorneys for Plaintiffs
Local No. 5 and Local No. 603
Trust Fund Collection Committee, et al.

"APPROVED" THIS 23rd DAY OF May, 00

_____
UNITED STATES DISTRICT JUDGE