UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOCAL NO. 5 AND LOCAL NO. 602 TRUST FUND COLLECTION COMMITTEE, *et al.*, | : : : : | |
| Plaintiffs, | : | Civil Action No. 00-CV-793 (WMN) |
| v. | : : | |
| HONEYWELL, INC., | : : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL

Plaintiffs, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby dismisses this action against the Defendant with prejudice. The Defendant has not filed an answer or motion for summary judgment in this action.

Respectfully submitted,

Dated: June 29, 2000        By: _____
R. Richard Hopp, Bar #07363
**O'DONOGHUE & O'DONOGHUE**
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
(202) 362-0041 - Telephone
(202) 237-1200 - Facsimile

Attorneys for Plaintiffs

" APPROVED " THIS 5th DAY
OF July, 2000
_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I do hereby certify that I caused a true and correct copy of the foregoing Notice of Dismissal to be served upon the following by sending the same via United States first-class mail, postage pre-paid, this 29th day of June, 2000:

Jonathan Rose
MORGAN, LEWIS & BOCKIUS, LLP
1800 M Street, N.W.
Washington, DC  20036

R. Richard Hopp